UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AKEEM ALEXANDER, )<br>JERRY ALEXANDER, and )<br>SUSIE ALEXANDER, )<br>) | Case No. 3:05-0651 |
| Plaintiffs, ) | Judge Trauger |
| ) | |
| v. ) | |
| ) | |
| KAPPA ALPHA PSI ) | |
| FRATERNITY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by the defendants, Kappa Alpha Psi Fraternity, Inc. ("Kappa") and Prentice "Jerry" Siegel ("Siegel") (Docket No. 48), as well as by the Nashville Alumni Chapter of Kappa Alpha Psi ("Alumni Chapter") (Docket No. 52), are **DENIED IN PART** and **GRANTED IN PART**.

It is so ordered.

Enter this 29th day of November 2006.

ALETA A. TRAUGER
United States District Judge